**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| S.R.B. (XXX-XX-3667) | CIVIL ACTION NO. 22-5437 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to 42 U.S.C. § 405g (sentence four) and this case is **REMANDED** to the agency for further proceedings consistent with this recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of February, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE